UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ROGER L. ALLEN,

               Case No. 15-13591

             Plaintiff,

               Paul D. Borman
v.                                United States District Judge

               R. Steven Whalen
LITTON LOAN SERVICING AND        United States Magistrate Judge
OCWEN LOAN SERVICING,

               Defendants.

_____/


OPINION AND ORDER:
(1) ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (ECF No. 12);
(2) GRANTING DEFENDANT OCWEN LOAN SERVICING'S
MOTION TO DISMISS (ECF NO. 3);
(3) DISMISSING WITH PREJUDICE LITTON LOAN SERVICING;
AND (4) DISMISSING THE ACTION WITH PREJUDICE

On August 31, 2015, Magistrate Judge R. Steven Whalen issued a Report and

Recommendation that recommended that this Court grant Defendant Ocwen's Loan Servicing's

Motion to Dismiss (ECF No. 3) and dismiss the claims against Defendant Ocwen with prejudice.

The Magistrate Judge also recommended that the Court *sua sponte* dismiss the unserved

Defendant Litton Loan Servicing with prejudice pursuant to Fed. R. Civ. P. 12(b)(1). *See Apple*

*v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999).

Having thoroughly reviewed the Report and Recommendation and there being no timely

objections filed to the report pursuant to 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the

Court will adopt the Magistrate Judge's Report and Recommendation.

Accordingly, the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 12), GRANTS Defendant Ocwen Loan Serving's Motion to Dismiss (ECF No. 3), DISMISSES WITH PREJUDICE Defendant Litton Loan Servicing, and DISMISSES this action with PREJUDICE.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: September 22, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 22, 2016.

s/Deborah Tofil
Case Manager